No. 212. Amchanitzky *v.* United States. October 14, 1935. Petition for writ of certiorari to the Court of Claims denied. *Mr. Nathan Amchanitzky, pro se. Solicitor General Reed, Assistant Attorney General Sweeney,* and *Mr. Paul A. Sweeney* for the United States. ■

No. 214. Thal et al. *v.* Credit Alliance Corp. October 14, 1935. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. *Mr. William C. Sullivan* for petitioners. No appearance for respondent. ■

No. 215. Ex parte General Public Utilities Corp. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Henry W. Killeen* for petitioner. ■

No. 216. Springfield Fire & Marine Insurance Co. *v.* Martin. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. H. S. Phillips* for petitioner. *Mr. Curtis L. Sparkman* for respondent. ■

No. 217. Massachusetts Protective Assn., Inc. *v.* Picard, Administratrix. October 14, 1935. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Frederick H. Nash, Richard B. Montgomery,* and *Claude R. Branch* for petitioner. *Messrs. Elias Goldstein, H. C. Walker, Jr.,* and *Leon*